**COM.**

**v.**

**GOGGINS, K.**

**1339 EDA 2016**

Superior Court of Pennsylvania.

03/21/2017

CP–51–CR–0010865–2013
(Philadelphia)

Affirmed

■

**COM.**

**v.**

**LEWIS, D.**

**1377 EDA 2016**

Superior Court of Pennsylvania.

03/21/2017

CP–39–CR–0005370–2012
(Lehigh)

Affirmed

■

**STONECREST AQUISITIONS**

**v.**

**HALL, D.**

**2077 EDA 2016**

Superior Court of Pennsylvania.

3/21/2017

001560–12
(Philadelphia)

Affirmed

■

**CORNWALL MTN INVESTMENTS**

**v.**

**PROCTOR HEIRS TRUST**

**1701 MDA 2015**

Superior Court of Pennsylvania.

03/21/2017

11–00718 (Lycoming)

Affirmed